N14KBILC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

           v.                            22 CR 675 (PGG)
                                              Telephone Conference

LAWRENCE BILLIMEK, ALAN
WILLIAMS,

                Defendants.

------------------------------x

                                              New York, N.Y.
                                              January 4, 2023
                                              11:00 a.m.

Before:

                    HON. PAUL G. GARDEPHE,

                                              District Judge

                          APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
DANIEL TRACER
     Assistant United States Attorney

TELEMACHUS PHILIP KASULIS
COURTNEY DANIELLE MORPHET
     Attorneys for Defendant Billimek

DAVID GELFAND
JEFFREY H. LICHTMAN
JEFFREY B. EINHORN
     Attorneys for Defendant Williams

N14KBILC

1                 (The Court and all parties appearing telephonically)

2                 (Case called)

3                 THE DEPUTY CLERK:  Counsel for the government, please

4        state your appearance.

5                 MR. TRACER:  Good morning.  This is Daniel Tracer for

6        the government.

7                 THE DEPUTY CLERK:  And counsel for Lawrence Billimek,

8        please state your appearances.

9                 MR. KASULIS:  Good morning, your Honor.  Tim Kasulis

10       and Courtney Morphet for Mr. Billimek.

11                THE DEPUTY CLERK:  And, Mr. Billimek, you're on the

12       line with us, correct?

13                THE DEFENDANT:  Yes.

14                THE DEPUTY CLERK:  And counsel for Alan Williams,

15       please state your appearances.

16                MR. KASULIS:  This is Jeffrey Lichtman, and I am with

17       David Gelfand and Jeffrey Einhorn, for Alan Williams.  Good

18       morning, your Honor.

19                THE COURT:  Good morning.

20                THE DEPUTY CLERK:  And, Mr. Williams, you're on the

21       line with us, correct?

22                THE WITNESS:  Yes, your Honor.

23                THE COURT:  This is our initial conference in a

24       securities fraud action.

25                We are proceeding telephonically today because, as I

1   understand it, Mr. Billimek resides in Texas and Mr. Williams

2   resides in Oregon; hence, we are proceeding telephonically.

3           Mr. Tracer, can you tell me about discovery in this

4   case?

5           MR. TRACER:  Yes, your Honor.  We discussed getting

6   that out the door shortly to defense counsel.  We have proposed

7   a protective order, which we can submit to your Honor to help

8   move things along.

9           In terms of what discovery will look like, what it

10  consists of, the majority are phone records and financial

11  records as well as search warrant returns, as well as the

12  search warrants themselves, and those will consist of emails

13  and phone contents.  So, it would be a couple of probably

14  hundreds of thousands of records, and we would ask for

15  approximately 30 days to produce that.

16          THE COURT:  All right.

17          Mr. Kasulis and Mr. Lichtman, having heard that

18  description of the discovery materials, when do you suggest we

19  speak again?

20          MR. KASULIS:  This is Tim Kasulis for Mr. Billimek.

21          If it's going to take the government 40 days to get us

22  those materials, your Honor, I would suggest another pretrial

23  conference approximately 90 days out.

24          THE COURT:  What do you say, Mr. Lichtman?

25          MR. LICHTMAN:  That is fine for us as well, Judge.

1          THE COURT:  Mr. Tracer, does that make sense to you?

2          MR. TRACER:  Yes, your Honor, that would be fine.

3          THE COURT:  All right, Mike, we're looking for a date

4    120 days, approximately, from today for our next conference.

5          THE DEPUTY CLERK:  Sure.  Give me a moment.

6          (Pause)

7          MR. EINHORN:  Your Honor, this is Jeffrey Einhorn.

8          One quick thing:  Will that conference be telephonic

9    as well, due to the location of the defendants?

10         THE COURT:  Probably, yes.  At this point, I can't

11   really anticipate -- you're talking 120 days away.  I don't

12   know whether there's going to be anything substantively to

13   discuss 120 days from now, or not.  So, the best I can do for

14   you, Mr. Einhorn is to tell you, if we're just talking about

15   scheduling 120 days from now, that conference will proceed

16   telephonically.  If we're talking about more substantive

17   matters, then it will likely not proceed telephonically.

18   That's really the best I can do.

19         MR. EINHORN:  Thank you, your Honor.  We can, of

20   course, file a letter a few weeks beforehand on the issue.

21         THE COURT:  Yes.  I think what I'll probably do is ask

22   for a status report from the parties, let's say, a week before

23   the next conference, to find out what's been happening.  That

24   will shed light on whether the next conference is going to be

25   substantive or not.

1          In any event, Mike, do you have a date for us?

2          THE DEPUTY CLERK:  Yes, your Honor.  So, Thursday,

3    May 4, noon is available.

4          THE COURT:  So, Mr. Tracer, I know you've sort of

5    described the nature of the discovery materials.  Could you

6    give me a better sense of the magnitude of what we're talking

7    about here?

8          MR. TRACER:  Yes, sure.

9          So, the thing that are going to drive the volume, your

10   Honor, to be frank, are going to be the search warrant

11   materials, so because, as part of this case, we did seize email

12   accounts and phones, I think there will be probably, I would

13   estimate, hundreds of thousands of records there, because of

14   the emails and the contents of the phones, so that will drive

15   the volume.

16         In terms of the majority of what I would call

17   third-party materials that the government has collected in this

18   case, those consist primarily of phone records and financial

19   records — so, by "financial records," I mean bank records and

20   brokerage records — and those records are probably in the order

21   of, I would say, tens of thousands total records, including

22   sort of the statements, the monthly statements, and things like

23   that.

24         So, that's our general sense of what it looks like.

25         THE COURT:  All right.

1          So, based on what I've heard, it seems likely to me

2     that when we speak again on May 4th, it will be more in the

3     nature of a scheduling conference rather than a substantive

4     conference.

5          So, Mr. Einhorn, you can assume that the May 4th

6     conference will be telephonic.

7          I am going to ask the parties to send me a status

8     report on, why don't we say, April 21st, to tell me what's been

9     happening in the case, where we are in terms of discovery.  And

10    when I do speak with you again on May 4th, I will inquire about

11    whether defense counsel has a sense of whether there will be

12    any pretrial motions in the case.

13         MR. KASULIS:  This is Tim Kasulis for Mr. Billimek,

14    your Honor.

15         I will be on trial before Judge Liman on that date,

16    but if the conference goes forward on that date, as it sounds

17    it will, and it ends up simply being for scheduling purposes,

18    as your Honor contemplates it may, depending on the scenarios,

19    I'm happy to inform one of my partners, who can appear and will

20    be able to provide dates for the Court's consideration that

21    work from our end.  But I wanted to let you know, your Honor,

22    that I may be before Judge Liman in person on that date.

23         THE COURT:  Okay.

24         Mike, do we have any problem doing it at 12:30?

25         THE DEPUTY CLERK:  No, your Honor, 12:30 is fine as

1   well.

2           THE COURT:  So, why don't we do it at 12:30.

3           Mr. Kasulis, that way, if you are on trial but you

4   feel the need to be there, it will be at the lunch break.

5           MR. KASULIS:  I appreciate that, your Honor.  Thank

6   you.

7           THE COURT:  All right.

8           Someone else, I think, wanted to say something?

9           MR. TRACER:  Yes, your Honor.  This is Daniel Tracer

10  with the U.S. Attorney's Office.

11          I had one clarification on the discovery.  We do

12  intend to get out what I'll call materials that we already have

13  hopefully much sooner than 30 days, maybe this week or next

14  week.  There will be a need for probably some rolling

15  production because we are still receiving materials, but as we

16  get those, we will produce those promptly.  So, I just want to

17  just be clear about that on the record.

18          THE COURT:  Of course.  Does the government wish me to

19  exclude time between now and May 4th?

20          MR. TRACER:  Yes, your Honor.  The exclusion of time

21  would be in the interests of justice, to allow the government

22  to produce discovery, and to allow defense counsel to review

23  the discovery, and to allow the parties to discuss any

24  potential pretrial resolutions.

25          THE COURT:  Mr. Kasulis, any objection?

1      MR. KASULIS:  No objection, your Honor.

2      THE COURT:  Mr. Lichtman, any objection cannot?

3      MR. LICHTMAN:  No objection, your Honor.

4      THE COURT:  I will exclude time between today and

5  May 4, 2023, under the Speedy Trial Act, pursuant to Title 18,

6  United States Code, Section 3161(h)(7)(A), to permit defense

7  counsel to review what I understand to be voluminous discovery

8  materials that the government will be producing, and also for

9  defendants to begin to contemplate whether any pretrial motions

10  will be necessary.

11      I do find that the ends of justice served by the

12  granting of this continuance outweigh the best interests of the

13  public and the defendants in a speedy trial.

14      Mr. Tracer, anything else from the government?

15      MR. TRACER:  No, thank you, your Honor.

16      THE COURT:  Mr. Kasulis, anything else on behalf of

17  Mr. Billimek?

18      MR. KASULIS:  No, thank you, your Honor.

19      THE COURT:  And, Mr. Lichtman, anything else on behalf

20  of Mr. Williams?

21      MR. LICHTMAN:  Nothing, your Honor.

22      THE COURT:  All right.  Thank you, all, and good day.

23      COUNSEL:  Thank you.

24      MR. TRACER:  Thank you, Judge.

25                          * * *