

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2023

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Alan Williams*, 22 Cr. 675 (PGG)

Dear Judge Gardephe,

    The Government writes to inform the Court that, after consulting with defense counsel, the Government does not object to the Court unsealing the S1 22 Cr. 675 (PGG) Information; transcript of the defendant's September 6, 2023 guilty plea; and any associated documents.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                           by: _____
                                Jason A. Richman
                                Assistant United States Attorney
                                (212) 637-2589

cc:    Defense Counsel (by ECF)