

570 Lexington Avenue, Suite 3500<br>
New York, NY 10022

Marc L. Mukasey<br>
Partner<br>
212-466-6406<br>
Marc.mukasey@mukaseylaw.com

April 4, 2024

<u>VIA ECF</u>

The Honorable Paul G. Gardephe<br>
United States District Judge<br>
Thurgood Marshall United States Courthouse<br>
40 Foley Square<br>
New York, New York 10007

  Re: *United States v. Lawrence Billimek*, 22-cr-675 (PGG)

Dear Judge Gardephe:

  I write to request a brief adjournment of the sentencing of Lawrence Billimek, currently scheduled for May 5, 2024, until May 20, 2024. This request is made with some reluctance and due respect for the fact that the Court has already once adjourned the sentencing proceeding, from April 4, 2024 to May 5, 2024 (ECF No. 58).

  By way of background, Mr. Billimek has been skillfully represented by Telemachus Kasulis of the Morvillo Abramowitz firm since the inception of this matter.  After Mr. Billimek's guilty plea, he engaged my firm to join Mr. Kasulis for the sentencing.  We will, of course, prepare a written submission and an oral presentation for the Court.  However, until March 28, 2024, I was engaged in an extremely complex matter before Judge Kaplan entitled *United States v. Bankman-Fried*, 22-cr-673 (LAK), and, during April, among other things, I have a sentencing memorandum due and a sentencing proceeding related to a trial I had before Judge Oetken, in the matter of *United States v. John Costanzo, Jr.*, 22-cr-281 (JPO).  The brief adjournment I request would help me devote as much unencumbered time as possible to Mr. Billimek's case.

  I understand the government does not object to this request.

Respectfully submitted,<br><br>
 /s/ Marc L. Mukasey<br>
Marc L. Mukasey

cc: Counsel of record (via ECF)